JOHN KEHOE, DEFENDANT IN ERROR, v. HENRY STAG-
MEIER ET AL., PLAINTIFFS IN ERROR.

Argued March, 1904—Decided September 16, 1904.

On error to the Supreme Court.

For the plaintiffs in error, *Ernest Koester.*

For the defendant in error, *Peter W. Stagg.*

PER CURIAM.

The judgment of the Supreme Court in this cause is affirmed, for the reasons given in the opinion of Mr. Justice Fort, reported in 41 *Vroom* 175.

*For affirmance*—THE CHANCELLOR, DIXON, GARRISON, HENDRICKSON, SWAYZE, BOGERT, VREDENBURGH, VROOM, GRAY.  9.

*For reversal*—None.